RELATOR  JOHN DARRELL OLSEN                    APPLICATION NO. WR-11,130-04

## APPLICATION FOR WRIT OF MANDAMUS

### ACTION TAKEN

**MOTION FOR LEAVE TO FILE DENIED WITHOUT WRITTEN ORDER.**

_Cheryl Johnson_                                                8/5/15
JUDGE                                                           DATE